

## II

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976) (MARSHALL, J., dissenting), I would grant the application for stay and the petition for certiorari and vacate petitioner's death sentence even if I did not believe this case otherwise merited review.

No. 90–5140. PRICE *v.* HARDY, *ante*, p. 985;

No. 90–5906. SCHLICHER *v.* MUNOZ ET AL., *ante*, p. 1001;

No. 90–5910. HARPER *v.* BUMPERS ET AL., *ante*, p. 989;

No. 90–5916. JOHNSON *v.* MACK, *ante*, p. 989; and

No. 90–5983. MARTIN *v.* UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION, *ante*, p. 1014. Petitions for rehearing denied.

## JANUARY 18, 1991

No. 90–952. CLARK ET AL. *v.* ROEMER, GOVERNOR OF LOUISIANA, ET AL. Appeal from D. C. M. D. La. Motion of appellants to expedite consideration of statement as to jurisdiction granted. Probable jurisdiction noted. 

No. 90–368. TOIBB *v.* RADLOFF. C. A. 8th Cir. Certiorari granted. 

No. 90–757. CHISOM ET AL. *v.* ROEMER, GOVERNOR OF LOUISIANA, ET AL.; and

No. 90–1032. UNITED STATES *v.* ROEMER, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Motion of petitioners in No. 90–757 to expedite consideration of petition for writ of certiorari in No. 90–757 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 917 F. 2d 187.

No. 90–813. HOUSTON LAWYERS' ASSN. ET AL. *v.* ATTORNEY GENERAL OF TEXAS ET AL.; and